UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-212 RSM |
| Plaintiff, | ) ) ) | ORDER CORRECTING TRIAL DATE ON ORDER GRANTING |
| v. | ) ) | STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL |
| JUSTIN MILES JASPER, | ) ) | MOTIONS DUE DATE |
| Defendant. | ) ) | |

THE COURT having considered the stipulated motion by the parties to continue the trial and the pretrial motions deadline, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from his efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING MOTION
STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE - 1
(*Justin Miles Jasper*; CR13-212 RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS THEREFORE ORDERED that the trial date for Mr. Jasper is continued
2   from September 16, 2013, to December 2, 2013.  Pretrial motions shall be filed by
3   October 24, 2013.
4   It is further ORDERED that this period of delay from the date of this order to the
5   new trial date will be excludable time under the Speedy Trial Act under Title 18, U.S.C.
6   § 3161(h)(7)(A).
7   DONE this 5 day of August 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Michael Filipovic, WSBA No. 12319
Attorney for Justin Miles Jasper
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120

s/ *Todd Greenberg*
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA   98101-1271
206/553-4254
206/553-0755
*Per electronic authorization*

ORDER GRANTING MOTION
STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE - 2
(*Justin Miles Jasper*; CR13-212 RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100